NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1148
(Serial No. 07/925,450)

IN RE JUNG J. LEE

Clifford D. Hyra, The Law Office of James C. Wray, of McLean, Virginia, argued for appellant.  With him on the brief was James C. Wray.

Shannon M. Hansen, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office.  With her on the brief was Thomas L. Stoll, Associate Solicitor.  Of counsel was Sydney O. Johnson, Acting Solicitor.

Appealed from:  United States Patent and Trademark Office
                Board of Patent Appeals and Interferences

# United States Court of Appeals for the Federal Circuit

2008-1148
(Serial No. 07/925,450)

IN RE JUNG J. LEE

# Judgment

ON APPEAL from the        UNITED STATES PATENT AND TRADEMARK OFFICE

In CASE NO(S).            07/925,450.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, LOURIE and PROST, Circuit Judges):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: August 7, 2008          /s/ Jan Horbaly
                              Jan Horbaly, Clerk